# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1138

_____

In re: David M. Austin,

             Debtor,

---------------------------------------

Donald E. Waring,

             Appellant,

        v.

David M. Austin,

             Appellee.

\* Appeal from the United States
\* Bankruptcy Appellate Panel.

\* [UNPUBLISHED]

_____

Submitted: April 7, 2006
Filed: April 13, 2006

_____

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Donald Waring appeals from a decision of the Bankruptcy Appellate Panel (BAP) reversing the bankruptcy court's judgment excepting from discharge under 11 U.S.C. § 523(a)(2)(A) a debt allegedly owed to Waring by debtor David Austin.

This court applies the same review standards as the BAP, reviewing the bankruptcy court's factual findings for clear error and its conclusions of law de novo. In re Vote, 276 F.3d 1024, 1026 (8th Cir. 2002). Because we agree with the BAP's reasoning and conclusion that the bankruptcy court clearly erred in finding that Waring justifiably relied on a misrepresentation by Austin, we affirm the BAP's decision. See 8th Cir. R. 47B.

_____